**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**DIANNE MURRAY on behalf of J.M.**                                    **PLAINTIFF**

**vs.**                                    **CIVIL ACTION NO.: 4:11CV74 HTW-LRA**

**MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United

States Magistrate Judge Linda Anderson and the written objection to the proposed

findings and recommendation.  Based upon the evidence therein contained, this court,

having given full consideration to the aforesaid objection, finds the same not well taken.

Therefore, the Report and Recommendation of the United States Magistrate Judge is

hereby adopted as the order of this court.

**SO ORDERED, this the 19th day of February, 2013.**


**s/ HENRY T. WINGATE_____
UNITED STATES DISTRICT JUDGE**